**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| OLIVER WENDELL SCOTT,       ) | |
|                                                          ) | |
|            Petitioner,                           ) | |
|                                                          ) | |
| v.                                                       ) | Case No. CIV-25-855-J |
|                                                          ) | |
| OKLAHOMA DEPARTMENT OF   ) | |
| CORRECTIONS, et al.,                  ) | |
|                                                          ) | |
|            Respondents.                      ) | |

### ORDER

Petitioner, a state prisoner appearing pro se, brought this action pursuant to 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On August 6, 2025, Judge Stephens issued a Report and Recommendation recommending the transfer of this action to the United States District Court for the Northern District of Oklahoma. [Doc. No. 5]. Petitioner was advised of his right to object to the Report and Recommendation by August 27, 2025. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and TRANSFERS this case to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 11th day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE